UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                             :     16-CR-702 (PAE)
:
CECIL MELVIN MARSHALL,                   :     SCHEDULING ORDER
:
    Defendant.                              :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    At today's conference, the defendant was arraigned on and pled not guilty to the two most recently added specifications: Specifications 4 and 5. The Court hereby sets the following schedule and deadlines:

- The government's pre-hearing letter, addressing the admissibility of out-of-court statements by the defendant's alleged victim, is due **August 29, 2022**.

- The defendant's letter response is due **September 6, 2022**.

- A hearing on the violations of supervised release is scheduled for **September 12, 2022** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    The Court also affirmed Magistrate Judge Lehrburger's order detaining the defendant. The Clerk of Court is requested to terminate the motion at Dkt. No. 40.

    SO ORDERED.

Dated: August 4, 2022
       New York, New York

                                                      PAUL A. ENGELMAYER
                                                     United States District Judge