


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Cecil Marshall*, 16 Cr. 702 (PAE)

Dear Judge Engelmayer:

    The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request the unsealing of all internal chronologies and records detailing Cecil Marshall's supervision from January 2019 to the present as they pertain to the violation specifications (the "Specifications") before the Court.

    The Court has scheduled a VOSR hearing in this case for September 12, 2022. At that hearing, the Government intends to prove the Specifications set forth in the August 2, 2022 Amended Violation Report, which concern conduct beginning in January 2019. The Government further anticipates that it may call a Probation Officer, among other witnesses, to testify at the hearing. Probation has indicated that they have information relevant to the Specifications and upcoming hearing contained within their chronologies and records.

Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and records in advance of the September 12 hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ A. Messiter
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

cc: Christopher Flood, Esq. (by ECF and email)
SDNY Probation Officer Godwin A. Ogunmefun (by email)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 46.

8/8/2022

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge