UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CECIL MELVIN MARSHALL,

                Defendant.

16-CR-702 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      The Court, having been notified that the defendant was placed in a quarantine unit at the MDC, hereby reschedules today's conference to **October 4, 2022** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

      SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: September 23, 2022
       New York, New York