UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CECIL MELVIN MARSHALL,

Defendant.

16-CR-702 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* letter from defendant Cecil Marshall inquiring about the availability of sentencing relief. *See* Dkt. 67. The Court directs Mr. Marshall's counsel to submit a brief letter addressing whether either of the paths for relief identified by Mr. Marshall are legally and factually viable in his case. Counsel's letter is due Friday, June 2, 2023. The Government's letter response is due Friday, June 9, 2023.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: May 22, 2023
       New York, New York