**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 16, 2023

<u>VIA ECF</u>

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Cecil Melvin Marshall</u>
      16 Cr. 702 (PAE)

Dear Judge Engelmayer,

 I write in response to the Court's orders dated May 22, 2023 and June 2, 2023, regarding Mr. Marshall's *pro se* letter inquiring about the availability of sentencing relief. I request another brief extension of two weeks to respond in order to speak again with Mr. Marshall about how to proceed.

 Mr. Marshall is currently incarcerated at USP Canaan in Pennsylvania. The prsion has been on lockdown for several weeks. For the past two weeks I made several attempts to contact the facility by telephone and email. After some helpful intervention by the government, Ms. Cassidy and I were finally able to speak with Mr. Marshall yesterday. However, the decision about how to proceed involves a level of complexity that requires some time for Mr. Marshall to digest. We have another call scheduled with him next week. Accordingly, I am requesting a further extension of approximately two weeks in order to effectively respond to the Court's order.

 Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Federal Defenders of New York
(917) 890-9729

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 72.

SO ORDERED.

6/20/2023

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge