**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2023

<u>VIA ECF</u>

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Cecil Melvin Marshall</u>
     16 Cr. 702 (PAE)

Dear Judge Engelmayer,

    I write in response to the Court's orders dated May 22, 2023 and June 2, 2023, regarding Mr. Marshall's *pro se* letter inquiring about the availability of sentencing relief (ECF # 67). Mr. Marshall, through undersigned counsel, seeks to withdraw the pending motion without prejudice to file his application again at a later date.

Respectfully submitted,

Tamara L. Giwa
Federal Defenders of New York
(917) 890-9729

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

SO ORDERED.                                  6/30/2023

_____
PAUL A. ENGELMAYER
United States District Judge