UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CECIL MARSHALL,

Defendant.

16-CR-702 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for a reduction of sentence by counsel for defendant Cecil Marshall. Dkt. 77. The Court directs the Government to respond. The Government's response is due **October 4, 2024**. The Court does not invite a reply.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2024
New York, New York